# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Action No. |
| | : | 5:04-cr-13 (HL) |
| TINA MUSSELWHITE DAVIS, | : | |
| Defendant. | : | |

## ORDER

Before the Court is the Defendant's motion to proceed pro se (Doc. 33) and motion to proceed in forma pauperis (Doc. 34). The Defendant filed these motions contemporaneously with her motion to reduce sentence (Doc. 32). There were no other motions filed. The Court denied her motion to reduce sentence, which renders the motions to proceed pro se and in forma pauperis moot.

Accordingly, the motions are denied.

**SO ORDERED**, this the 24th day of May, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc